UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

MARK ANTHONY PEEK AND
SUSAN ELIZABETH PEEK AKA
SUSAN E. ROUSE

CASE NO. 20-40851-TJT
CHAPTER 13
HONORABLE THOMAS J. TUCKER

DEBTORS.
_____/

NICHOLAS D. CHAMBERS (P72084)
Attorney for Debtors
39319 Plymouth Road, Suite 1
Livonia, MI 48150
(734) 591-4890
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**PROOF OF SERVICE**

CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 22nd day of April, 2020, a copy of the Objection of Santander Consumer USA Inc. to Confirmation of Debtors' Chapter 13 Plan and this Proof of Service was served upon

| | |
|---|---|
| Tammy L. Terry | Nicholas D. Chambers |
| Trustee | Attorney at Law |
| 535 Griswold, Suite 2100 | 39319 Plymouth Road, Suite 1 |
| Detroit, MI 48226 | Livonia, MI 48150 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                                          O'REILLY RANCILIO P.C.

                                          */s/ Craig S. Schoenherr, Sr.*
                                          _____
                                          CRAIG S. SCHOENHERR, SR. (P32245)
                                          Attorney for Creditor
                                          12900 Hall Road, Suite 350
                                          Sterling Heights, MI  48313-1151
                                          (586) 726-1000
                                          ecf@orlaw.com

DATED:  April 22, 2020